NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE LEGGETT & PLATT, INCORPORATED AND SIMMONS BEDDING COMPANY,

*Petitioners.*

---

Miscellaneous Docket No. 986

---

On Petition for Writ of Mandamus to the United States District Court for the Central District of California in case no. 10-CV-7416, Judge R. Gary Klausner.

ON PETITION

## ORDER

Leggett & Platt, Incorporated et al. (Leggett) submit a petition for a writ of mandamus to vacate the April 14, 2011 order of the United States District Court for the Central District of California denying Leggett's motion to transfer and directing the district court to transfer the case to the United States District Court for the Western District of Missouri.

Upon consideration thereof,

IT IS ORDERED THAT:

Imaginal Systematic, LLC is directed to respond no later than June 1, 2011.

FOR THE COURT

__MAY 1 6 2011__                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc:  Mark L. Blake, Esq.
     Kenneth G. Parker, Esq.
     Clerk, United States District Court for the Central
District of California

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 6 2011

JAN HORBALY
CLERK